Jada Necole Antoine
USMS No. 66182019
1601 Heritage Pkwy
Mansfield, Tx 76063



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

   Plaintiff,                                     Case No. 3:14-CR-307-N

   vs.                                                  NOTICE OF APPEAL

JADA NECOLE ANTOINE,

   Defendant

---

   COMES NOW the Defendant, JADA NECOLE ANTOINE, pro se, and hereby gives notice of appeal from the judgment

and sentence imposed by this Court on August 24, 2015

Respectfully submitted this 27th day of August, 2015

*[signature]*

Copy mailed this 27th day of August, 2015 to the following:

Jada Antoine #1691 Bowden ADA
1601 Heritage Pkwy
Mansfield, TX 76063

NORTH TEXAS TX 750
DALLAS TX 750
27 AUG 2015 PM 4 L

Federal Court
ATTN: [illegible] Court of Clerks
1100 Commerce St
Dallas, TX 75242

INMATE CORRESPONDENCE

7524207S998

303
#1
of 3