```
U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAY - 4 2016
CLERK, U.S. DISTRICT COURT
By _____ Deputy
```

IN THE CIRCUIT COURT OF THE 5th JUDICIAL CIRCUIT
IN AND FOR Dallas COUNTY, ~~FLORIDA~~ Texas
CRIMIANL JUSTICE DIVISON

~~STATE OF~~ Jada Antoine    CASE NUMBER: 0539 3:14CR00307-1
v.
State of Texas

### DEFENDANT'S PRO SE MOTION TO MODIFY OR REDUCE SENTENCE

COMES NOW the Defendant, pro se, and respectfully moves this Honorable Court to Modify or Reduce HER Sentence, pursuant to Fla. R. Crim. P. 3.800 (c), and grounds therefore states:

1. Defendant was in court on a violation of probation/community control on _____ and was found to be in violation.

2. The Defendants probation/community control was revoked and Defendant was sentence to _____.

3. The Defendant requests her sentence to be modified or reduced for the following reasons:

Plaintiff's Rehabilatation
Plaintiff's has A life Style change
Geriateric Mother Condition and care for child
Disable child

WHEREFORE, the Defendant requests this Honorable Court to modify her sentence.

Date April 26, 2016

Respectfully Submitted,
_____
DEFENDANT/PRO SE

CERTIFICATE OF SERVICE

This is to certify, under penalty of perjury under the laws of the United States of America pursuant to 28 U.S.C. §1746, that I have served a true and correct copy of the foregoing:

Defendant's Pro SE Motion to modify or Reduce Sentence.

upon the following address(es) by placing same in a sealed envelope, bearing sufficient postage for delivery via the United States Postal Service, to:

Clerk of Courts

and deposited it in the postal box provided for inmates on the grounds of the Federal Correctional Institution, Tallahassee, Florida, 32301, on this __April__ day of __26__, __2016__.

Signature

Register No. __66182-019__
Federal Correctional Institution Tallahassee
501 Capital Circle, N.E.
Tallahassee, Florida 32301

Litigation is deemed FILED at the time it was delivered to prison authorities. See **Houston v. Lack**, 487 US 266, 101 L Ed 2d 245, 108 S Ct. 2379 (1988)

```
   TALDF           *        INMATE EDUCATION DATA     *    04-20-2016
PAGE 001 OF 001 *              TRANSCRIPT            *    15:13:13

REGISTER NO: 66182-019      NAME..: ANTOINE               FUNC: PRT
FORMAT.....: TRANSCRIPT     RSP OF: TAL-TALLAHASSEE FCI

---------------------------- EDUCATION INFORMATION ---------------------------
FACL ASSIGNMENT DESCRIPTION               START DATE/TIME STOP DATE/TIME
TAL  ESL HAS    ENGLISH PROFICIENT        10-07-2015 1326 CURRENT
TAL  GED EN     ENROLL GED NON-PROMOTABLE 10-07-2015 1326 CURRENT

---------------------------- EDUCATION COURSES ------------------------------
SUB-FACL   DESCRIPTION              START DATE  STOP DATE EVNT AC LV  HRS
TAL F      ACE ACCOUNTING CLASS     03-28-2016  CURRENT
TAL F      GED 7:30-9:00 AM         03-28-2016  CURRENT
TAL F      RPP #6 DEVELOPING INSIGHT 03-10-2016 03-31-2016  P   C  P   15
TAL F      RPP#6 MANAGING STRESS    02-23-2016  03-10-2016  P   C  P    5
TAL F      ADJUSTING TO PRISON      02-11-2016  02-23-2016  P   C  P   15
TAL F      AIDS AWARE RPP#1         02-09-2016  02-09-2016  P   C  P    1
ALI        BASKETBALL OFFICIATING   10-14-2015  11-18-2015  P   C  P   12

---------------------------- HIGH TEST SCORES -------------------------------
TEST        SUBTEST       SCORE    TEST DATE    TEST FACL   FORM     STATE
TABE D      LANGUAGE       8.4     03-25-2016   TAL          9
            MATH APPL      8.0     03-25-2016   TAL          9
            MATH COMP      7.4     03-25-2016   TAL          9
            READING       11.2     03-25-2016   TAL          9




G0000        TRANSACTION SUCCESSFULLY COMPLETED
```

To whom it may concern:

My name is Jada Antoine, I am currently incarcerated Federal Correctional Institution, Tallahassee, Florida. My Sentence began July 28th 2014. I was Sentence to 48 months.

I am writing this letter in concern for a Sentence Reduction. I have one child that needs me. And at this time she resides with my mother who is disable and who has been Recently diagnose with breast cancer for the Second time. Her condition isn't good. My mother is the only person that is Supporting my disable daughter at this time. My mother and daughter needs me home.

Since being incarcerated I have used my time wisely. I have Sought out programs to Assist in my Life Style change, At this point I have completed and is Still enrolled in different programs. I have included my Educational Transcripts for you to go over these programs are only part of a wonderful Accomplishment. I have maintained a job Since arriving here at F.C.I Tallahassee. Although quite challenging at times. I have found it comforting that I have worked on the compound. I have a current position in facilities working in the paint shop doing general maintenance. I enjoy working very much.

My plea today is that you would take into consideration my Rehabilitation that I have completed. Also the condition of my mother and the care of my daughter.

I would like for your reconsideration of my Sentence with my accomplishments

I do Thank you for your time and would greatly Appreciate Any Attention in recongizing my life Style change and grant me a Reduction in Sentence.

Thank you for any and all consideration that you can Render.

Sincerely
JADA Antoine
Reg # 66182-019
Federal Correctional
Institution
501 Capital Circle N.E.
Tallahassee, Fl 32301

TALLAHASSEE FL 323
27 APR 2016 PM 2 L

⇔66182-019⇔
Jada Antoine
501 Capital Circle NE
Federal Correction Institution
Tallahassee, FL 32301
United States

Legal Mail

⇔66182-019⇔
Judge David C Godbey
1100 Commerce ST
Federal Court
Dallas, TX 75201
United States