IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § | Crim. Action No. 3:14-CR-307-N |
| | § § | |
| JADA ANTOINE | | |

### ORDER

This Order addresses the Defendant's Pro Se Motion to Modify or Reduce Sentence filed May 4, 2016. The motion is based on (1) rehabilitation; (2) life style change; (3) geriatric mother; and (4) disabled child. Federal Rule of Criminal Procedure 35 does not authorize the Court to reduce a sentence for any of the cited reasons. The Court, therefore, denies the motion.

Signed June 29, 2016.

_____
David C. Godbey
United States District Judge

ORDER – SOLO PAGE